■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH FRECCIA, JR., Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of the warden of Attica prison.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS KORSON, Appellant.— Order affirmed. All concur. (Appeal from an order of Oneida County Court denying defendant's application for a proceeding *coram nobis* to vacate a judgment of conviction.) Present — Kimball, J. P., Williams, Bastow and Halpern, JJ.

■ In the Matter of the Probate of the Will of MARTHA B. SCHWARZ, Deceased. CAROL McCRAITH, Appellant; ROSE P. KRAMER et al., Respondents.— Appeal held pending the substitution of the legal representative of the deceased respondent, Rose P. Kramer, as a party respondent. Upon the making and entry of an order of substitution (Civ. Prac. Act, § 557), the appeal may be re-presented to this court. (See Civ. Prac. Act, § 578; Surrogate's Ct. Act, § 307; *Bronheim* v. *Kelleher*, 258 App. Div. 972; *Simon* v. *Noma Elec. Corp.*, 291 N. Y. 824.) (Appeal from a decree of Erie Surrogate's Court after trial in Supreme Court, admitting the alleged last will of decedent to probate and awarding letters testamentary and of trusteeship; also appeal from order of Erie Supreme Court denying contestant's motion for a new trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of JACQUELINE SPERRY, Respondent, against CHARLES B. HALLOCK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ CLARENCE LOCKROW, Respondent, v. CHURCH OF THE HOLY FAMILY, Appellant.— Motion for leave to appeal to the Court of Appeals granted and questions certified. Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ In the Matter of VINCENT C. MANZELLA.— Petition for reinstatement to the office of attorney and counselor at law denied.

■ In the Matter of the Application for Certification of BARNEY PAPONJA, an Alleged Mentally Ill Person. HERMAN B. SNOW, as Director of St. Lawrence State Hospital, Appellant.— Appeal dismissed, upon the ground that the order sought to be appealed from is an ex parte order and not appealable.

Orders of dismissal for failure to prosecute entered in the following entitled appeals pursuant to rule X of the Appellate Division, Fourth Department, Calendar Rules.— In the Matter of the AUBURN TRUST Co., as Trustee of JOSEPH P. CREVELING, Deceased, Respondent. ALMA NITTNER et al., Appellants. EDWARD R. FOSTER, Respondent, v. ERIE RAILROAD Co. et al., Appellants. In the Matter of CLUTUS L. IMHOFF, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Respondent. EDWARD LANE, Doing Business as HETTRICH ELECTRIC SERVICE, Appellant, v. NEW YORK TELEPHONE Co., Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE SWANSON, Appellant. LEDRA E. SMITH, Plaintiff, v. NEW YORK CENTRAL RAILROAD Co., Defendant and ERIE RAILROAD Co., Defendant and Third-Party Plaintiff. PETER COOPER CORP., Third-Party Defendant. HELEN STOTT, as Administratrix of the Estate of WILLIAM STOTT, Deceased, Respondent, v. IRENE MOSKALUK, Appellant. HELEN STOTT, Respondent, v. IRENE MOSKALUK, Appellant.